# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 99 MM 2015
:
Respondent : :
:
:
:
v. : :
:
:
:
DONTE MOSLEY, :
:
Cross Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of September, 2015, the Petition for Leave to File Cross Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Although counsel was negligent, Petitioner is entitled to a counsel-filed petition for allocatur. *See* Pa.R.Crim.P. 122. Counsel is **DIRECTED** to file the already-prepared Cross Petition for Allowance of Appeal within 5 days.